UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| CASSANDRA COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-04045-NKL |
| | ) | |
| CALLAWAY COUNTY, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# PLAINTIFF'S EXPERT DISCLOSURES

Plaintiffs hereby disclose the following expert witnesses:

## I. Retained Experts Pursuant to Rule 26(a)(2)(B)

Dr. Joel M. Blackburn
5404 Chamois Drive
Columbia, MO 65203

Dr. Blackburn's expert report, prepared pursuant to Fed. R. Civ. P. 26(a)(2)(B), is included as an email attachment. Dr. Blackburn will testify consistently with the opinions expressed in said report, and regarding any matters ancillary thereto. All exhibits referenced in Dr. Blackburn's report are furnished with this disclosure.

## II. Non-Retained Experts Pursuant to Rule 26(a)(2)(C)

Plaintiff may call the following non-retained expert witnesses at the trial of this matter who are Plaintiff's treating physicians:

1. Leslie Miller, MD
   Fulton Medical Center
   10 South Hospital Drive
   Fulton, MO 65251

   Dr. Miller is expected to testify regarding her treatment and care of Cassandra Cox on February 28, 2016 at Fulton Medical Center. Said Medical records are attached as Exhibit 1-3. Dr. Miller is expected to testify regarding Cassandra Cox' condition, diagnosis, treatment and the cause of Cassandra Cox's injury on February 28, 2016.

2. Donald Richards, DO
Fulton Medical Center
10 South Hospital Drive
Fulton, MO 65251

Dr. Richards is expected to testify regarding his treatment and care of Cassandra Cox on February 28, 2016 at Fulton Medical Center. Said Medical records are attached as Exhibit 1-3. Dr. Richard is expected to testify regarding Cassandra Cox' condition, diagnosis, treatment and the cause of Cassandra Cox's injury on February 28, 2016.

3. Andrew Pelican, MD
1 Hospital Drive
Columbia, MO 65201

Dr. Pelican is expected to testify regarding his treatment and care of Cassandra Cox from February 28, 216 to December 16, 2018 at University of Missouri Hospital in Columbia, Missouri. Said Medical records are attached as Exhibit 1-7 and 1-8. Dr. Pelican is expected to testify regarding Cassandra Cox' condition, diagnosis, treatment and the cause of Cassandra Cox's injury, and regarding the permanency of Cassandra Cox's conditions.

4. Jeanise M. Butterfield, MD
1 Hospital Drive
Columbia, MO 65201

Dr. Butterfield is expected to testify regarding her treatment and care of Cassandra Cox from February 28, 216 to December 16, 2018 at University of Missouri Hospital in Columbia, Missouri. Said Medical records are attached as Exhibit 1-7 and 1-8. Dr. Butterfield is expected to testify regarding Cassandra Cox' condition, diagnosis, treatment and the cause of Cassandra Cox's injury, and regarding the permanency of Cassandra Cox's conditions.

5. Arun Kumar, MD
1 Hospital Drive
Columbia, MO 65201

Dr. Kumar is expected to testify regarding his treatment and care of Cassandra Cox from February 28, 216 to December 16, 2018 at University of Missouri Hospital in Columbia, Missouri. Said Medical records are attached as Exhibit 1-7 and 1-8. Dr. Kumar is expected to testify regarding Cassandra Cox' condition, diagnosis, treatment and the cause of Cassandra Cox's injury, and regarding the permanency of Cassandra Cox's conditions.

6. Raghav Govindarajan, MD
1 Hospital Drive
Columbia, MO 65201

Dr. Govindarajan is expected to testify regarding his treatment and care of Cassandra Cox from February 28, 216 to December 16, 2018 at University of Missouri Hospital in Columbia, Missouri. Said Medical records are attached as Exhibit 1-7 and 1-8. Dr. Govindarajan is expected to testify regarding Cassandra Cox' condition, diagnosis, treatment and the cause of Cassandra Cox's injury, and regarding the permanency of Cassandra Cox's conditions.

7. William Stoecker, MD
1 Hospital Drive
Columbia, MO 65201

Dr. Stoecker is expected to testify regarding his treatment and care of Cassandra Cox from February 28, 216 to December 16, 2018 at University of Missouri Hospital in Columbia, Missouri. Said Medical records are attached as Exhibit 1-7 and 1-8. Dr. Stoecker is expected to testify regarding Cassandra Cox' condition, diagnosis, treatment and the cause of Cassandra Cox's injury, and regarding the permanency of Cassandra Cox's conditions.

8. Abraham Rodriguez, MD
1 Hospital Drive
Columbia, MO 65201

Dr. Rodriguez is expected to testify regarding his treatment and care of Cassandra Cox from February 28, 216 to December 16, 2018 at University of Missouri Hospital in Columbia, Missouri. Said Medical records are attached as Exhibit 1-7 and 1-8. Dr. Rodriquez is expected to testify regarding Cassandra Cox' condition, diagnosis, treatment and the cause of Cassandra Cox's injury, and regarding the permanency of Cassandra Cox's conditions.

9. Tushar Tarun, MD
1 Hospital Drive
Columbia, MO 65201

Dr. Tarun is expected to testify regarding his treatment and care of Cassandra Cox from February 28, 216 to December 16, 2018 at University of Missouri Hospital in Columbia, Missouri. Said Medical records are attached as Exhibit 1-7 and 1-8. Dr. Tarun is expected to testify regarding Cassandra Cox' condition, diagnosis, treatment and the cause of Cassandra Cox's injury, and regarding the permanency of Cassandra Cox's conditions.

Plaintiff may also call as non-retained experts the following Defendants:

1. Amber Gabriel Duenkel, Brenda Ollar, Brittany Cramer Karhoff, Clinton Maddox, Derinda Kelley, Dylan Ruediger, Glen Ripsch, Jackie English, Katie McCown, Luke Shoemaker, Michael Tigner, Robbie Harrison, Rustin McCormack, Shane Stokes and Skyler Kinney.

2. These individuals are expected to testify regarding the Callaway County Jail Policies, Procedures and Protocols, and well as the Jail's Medical Protocols (Exhibits 3-1 and 3-5 which are attached). The mandates and ministerial duties found within said policies, procedures and protocols, how said polices procedures and protocols applied to Cassandra Cox during her incarceration at the Callaway County Jail from February 26, 2016 to February 28, 2016, the mechanism and cause of Cassandra Cox's injuries on February 28, 2016 and the factual matters related to the same.

Respectfully Submitted,

_/s/ Anthony G. Laramore____

Anthony G. Laramore #63017
10024 Office Center Avenue
Suite 202
St. Louis, MO 63128
Phone: (314) 241-0999
Fax: (314) 297-0939
agl@laramorelaw.com

*Counsel for Plaintiff Cassandra Cox*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing has been served upon all parties via CM/ECF, and via electronic mail, this 3rd day of SEPTEMBER 2019 addressed to the attorneys of record herein:

Michael G. Berry, Esq.
Ryan McDaniels, Esq.
Newman, Comley & Ruth
601 Monroe Street, Ste. 301
PO Box 537
Jefferson City, MO 65102
Ph: 573-634-2266
Fax: 573-636-3306
michaelberry@ncrpc.com
ryan.m@ncrpc.com
Attorneys for Defendants

By: /s/ Anthony G. Laramore