# EXHIBIT 12-5


## *DR. JOEL M BLACKBURN*

5404 Chamois Drive
Columbia, MO 65203
573-356-5094 (cell), 573-449-5673 (home)
866-537-4791(fax)
joel.m.blackburn@gmail.com


### *EXPERIENCE*

**Ambulance Services,** January 2014-Present

- Medical Director for Randolph County Ambulance Service
- Medical Director for Monroe County Ambulance Service

**ER Physician,** January 2017-Present

- SSM/St. Mary's Hospital, Jefferson City, Missouri
  - ER nocturnist

**ER Physician,** September 2009-January 2017

- Capital Region Medical Center, Jefferson City, Missouri
  - ER nocturnist

**ER Physician**, April 2003- September 2009

- Moberly Regional Medical Center, Moberly, Missouri

**Medical Director,** April 2004-June 2016
Boone County Jail**,** Columbia, MO

- Direct patient/inmate care
- Interviewed, hired and managed nursing staff
- Oversaw the budget of the medical and mental health clinic
- Developed and implemented policies, procedures, protocols, and formulary
- Managed patient care, risk management, and mental health outreach through efforts and cooperation of Columbia Public Defender's Office, County Attorney's Office, County Commissioner's Office, and Local Charities.
- Participated in the Stepping Up Initiative whose goal is to reduce recidivism of patient's with mental health challenges.

**Hospitalist,** June 2003-April 2004

- Moberly Regional Medical Center
  - I managed and directed MRMC's first pilot hospitalist program.

**Assistant Medical Director,** March 2003-April 2004

- Correctional Medical Services**,** Moberly, MO
    - This company is now Corizon which is a conglomerate of CMS and Prison Health Services.
    - I provided medical care to inmates at Moberly Correctional Center
    - Supervised Nursing Staff

**Internal Medicine,** October 2002-March 2003
Diagnostic and Critical Care Medicine**,** Mercy Hospital, Des Moines, IA

- Provided health care services for patient population outpatient, inpatient, ICU.
    - We managed over 30 patients in the hospital and provided a comprehensive outpatient care clinic which included a diabetic clinic, stress testing, PFT's, echocardiograms, carotid Doppler and performed outpatient bedside thoracentesis and paracentesis.

**Emcare, Inc.** September 2001-March 2003

- Locum Tenens Emergency Medicine
    - Provided emergency medical care throughout Missouri
    - Facilities
        - Madison County Memorial Hospital, Winterset, IA
        - Greater Regional Medical Center, Creston, IA

**Acute Care, Inc.** July 2000-September 2001

- Locum Tenens Emergency Medicine
    - Provided emergency medical care throughout Iowa
    - Facilities
        - Winneshiek Medical Center, Decorah, IA
        - Dallas County Hospital, Perry, IA
        - Story County Medical Center, Nevada, IA

## ***EDUCATION/TRAINING***

**Residency-Internal Medicine,** September 2001-October 2002
**Medical Center of Independence,** Kansas City University of Medicine and Biosciences

- Chief Resident Internal Medicine, Medical Center of Independence
- Medical Center of Independence no longer exists. It merged with Independence Regional to become Centerpointe Hospital in Independence, MO.

**Residency-Internal Medicine,** June 1998-June 2000
**Des Moines General Hospital**, Des Moines, IA

- Chief Resident Internal Medicine, Des Moines General Hospital
- This hospital residency program closed into my third year and Des Moines General Hospital no longer exists.

**Doctor of Osteopathy**, August 1994-May 1998
Des Moines University, Des Moines, Iowa.

**Bachelor of Science in Zoology**, August 1990-May 1994
Idaho State University, Pocatello, Idaho

## *LICENSURE/CERTIFICATION*

- Board Certified in Internal Medicine August 2007
- Licensed in Missouri since 2001
- BLS, ACLS, ATLS, PALS
- Specialty Certification in Age Management Medicine (AMM)
    - Certification through Cenegenics Medical Institute, Las Vegas, NV

## *PROFESSIONAL MEMBERSHIPS*

- American Osteopathic Association
- Academy of Correctional Health Professionals
- Missouri Association of Osteopathic Physicians and Surgeons
- American Association for Physician Leadership
- American College of Osteopathic Internists

## *AFFILIATIONS/ ADVISORY BOARDS*

- Physician Advisory Board for Missouri Physicians Mutual (MPM) 1/2006-1/2008

## *INTERESTS/ACTIVITIES*

- Healthy Aging/Age Management Medicine
- Implicit Bias
- Medical-Legal Consulting
- Correctional Medicine. *I was instrumental in helping the Boone County Jail implement a successful medical health department with care to the inmate patients and significant savings to the county. I worked intimately with the sheriff, county attorney, county auditor, and county commissioners in running and managing a successful medical and mental health department. I helped them change delivery of their mental health department saving the county $50,000/year. I was the medical director for 12 years.*

## *PAPERS/LECTURES*

- *Research Paper*
  - *2001 Case Review of female smoker with Histiocytosis X*
- *Lectures*
  - *Office based medical emergencies*
    - *Guest Lecture, Capital Region Healthy Review, 2017*
  - *Implicit Bias*
    - *Guest Lecture, Capital Region Healthy Review, 2018*
  - *Implicit Bias*
    - *Guest Lecture, University of Missouri, Columbia, Missouri, 2018*

## *Medical-Legal Consulting Cases*

***Explanation:***

- *Participate in a fair amount of medical-legal consulting for cases surrounding correctional medicine due to my 13 years of experience in correctional medicine.*

***Prior Cases:***

- Bennett v Haas, et al; 2:10-cv-04149-FJG; Smith Lewis, LLP

***Cases Currently Under Review:***

- Jerry Whisler v Morgan County Adult Detention Facility; Carson & Coil
- Patty Decker v Correct Care Solutions, LLC, Akinrinola Fatoki, M.D., et al; Millikan Wright, LLC-